UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
CEDRIC BISHOP,                                               :
                           Plaintiff,              :
:         20 Civ. 2068 (LGS)
         -against-                                  :
:         <u>ORDER</u>
DERMALOGICA, LLC,                                            :
:
                           Defendant.            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated April 9, 2020, set the initial conference for May 14, 2020, at 10:30 A.M, and ordered that pre-conference materials are due on May 7, 2020. ECF 7;

      WHEREAS, the parties did not timely file pre-conference materials. It is hereby

      **ORDERED** that the parties shall file the pre-conference materials as soon as possible, and no later than **April 11, 2020, at 12:00 P.M**.

Dated: May 8, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE