Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

> The deadline for Defendant to answer or otherwise respond was March 31, 2020. See ECF 5. The initial conference se for May 14, 2020, at 10:30 A.M. is adjourned to June 18, 2020, at 10:30 A.M. Pre-conference materials are due on June 11, 2020.
>
> If Defendant fails to answer or otherwise respond by June 11, 2020, Plaintiff shall file default judgment materials pursuant to the Court's Individual Rules (Appendix A) by June 11, 2020, in lieu of filing pre-conference materials.
>
> SO ORDERED
>
> Dated: May 11, 2020
> New York, New York
>
> *[signature]*
> **Lorna G. Schofield**
> **United States District Judge**

May 9, 2020

**VIA ECF**

Hon. Lorna G. Schofield, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Bishop v. Dermalogica, LLC*, 20 CV 02068 (LGS)

Dear Judge Schofield:

    This firm represents the plaintiff in the above-referenced action. No one has appeared in this case, and the plaintiff has not been in contact with defendant. Therefore, the plaintiff moves for an adjournment of the initial conference. The plaintiff asks for 45 days to try to contact the defendant and ask them to participate in litigation or settle before beginning default proceedings.

    I thank the Court for its time and consideration.

                                                                  Respectfully submitted,

                                                                  *[signature]*

                                                                 John M. Gurrieri