UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP,<br><br>                              Plaintiff,<br><br>        -against-<br><br>DERMALOGICA, LLC,<br><br>                              Defendant. | 20 Civ. 2068 (LGS) |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the time for Defendant to answer or otherwise respond to the Complaint was March 31, 2020.  ECF 5;

WHEREAS, the Order dated May 11, 2020, adjourned the time for Defendant to answers or otherwise respond to June 11, 2020, and set the initial conference for June 18, 2020.  ECF 9.  The Order further provided that if Defendant did not timely appear, Plaintiff should file default judgment materials on the docket.  *Id*.

WHEREAS, Defendant has not appeared and Plaintiff has not filed default judgment materials on the docket.  It is hereby

**ORDERED** that Plaintiff shall, by **June 15, 2020,** file default judgment materials on the docket pursuant to the Court's Individual Rules (Appendix A).  It is further

**ORDERED** that the initial conference set for June 18, 2020, is canceled.

Dated:  June 12, 2020
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE