UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | | |
|---|---|---|
| CEDRIC BISHOP, Plaintiff, | : | 20 Civ. 2068 (LGS) |
| -against- | : | |
| | : | ORDER |
| DERMALOGICA, LLC, Defendant. | : | |

-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 12, 2020, directed Plaintiff to file default judgment materials by June 15, 2020. ECF 10;

WHEREAS, Plaintiff has not complied with the June 12, 2020, Order. It is hereby

**ORDERED** that Plaintiff shall file default judgment materials pursuant to the Court's Individual Rules (Appendix A) by June 22, 2020. The Court may dismiss this action for Plaintiff's failure to prosecute if default judgment materials are not filed on the docket.

Dated: June 16, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE