UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CEDRIC BISHOP,                                              :
                                    Plaintiff,              :     20 Civ. 2068 (LGS)
              -against-                                     :
                                                            :     ORDER
DERMALOGICA, LLC,                                           :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 12, 2020, directed Plaintiff to file default judgment materials by June 15, 2020.  ECF 10.  Plaintiff did not comply with the June 12, 2020, Order;

WHEREAS, on June 16, 2020, the Court directed Plaintiff to file default judgment materials by June 22, 2020.  ECF 11.  The Order state that "[t]he Court may dismiss this action for Plaintiff's failure to prosecute if default judgment materials are not filed on the docket.  *Id*.;

WHEREAS, default judgment materials were not timely filed.  It is hereby

**ORDERED** that this case is DISMISSED for Plaintiff's failure to prosecute.  The Clerk of Court is respectfully directed to close this matter.

Dated: June 23, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE